**RECEIVED**

**APR 1 5 2019**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Williams
02-18-382-CR

# STATE'S EXHIBIT NO. 3

## Large photograph

(Original on file with the District Clerk's Office)

# STATE'S EXHIBIT NO. 4

## Large photograph

(Original on file with the District Clerk's Office)

# STATE'S EXHIBIT NO. 5

## Large photograph

(Original on file with the District Clerk's Office)